## WINTERROWD ET AL. *v.* MESSICK.

JUDGE.—*Special Appointment.*—*Appeal.*—Although the record shows that three different judges successively sat, during the making of the issues and trial of a cause, without any evidence in the record of their appointment, the question as to their qualification cannot be raised for the first time on appeal.

APPEAL from the Shelby Common Pleas.

DOWNEY, J.—There is no question in this case, except that the record shows that three different judges sat, successively, during the making of the issues and trial of the cause, without any evidence in the record of their appointment.

No objection was made, or question reserved, in the court below with reference to the appointment or qualifications of the gentlemen who held the court.

Under the later rulings of this court, the question cannot be presented now for the first time. *Feaster* v. *Woodfill,* 23 Ind. 493; *Hyatt* v. *Hyatt,* 33 Ind. 309; *Watts* v. *The State,* 33 Ind. 237.

The judgment is affirmed, with five per cent. damages and costs.

*B. F. Love, B. F. Davis,* and *M. M. Ray,* for appellants.
*E. H. Davis* and *C. Wright,* for appellee.